

July 7, 2024

U.S. Department of Interior
National Park Service

RE: FREEDOM OF INFORMATION ACT REQUEST

**BACKGROUND:**

Dear FOIA Officer:

This letter constitutes a request under the federal Freedom of Information Act (FOIA), 5 U.S.C. § 552. The National Park Service's decision to use Floyd Bennett Field for temporary migrant housing, as outlined in the "Decision Memorandum and Environmental Review to Support Emergency Activities for Temporary Housing of Migrants", has raised significant public interest and concern. Increased transparency regarding the decision-making process is integral to considering the impacts on community safety and allocation of resources.

The information obtained is necessary to promote accountability and transparency in the use of public lands and prevent the misuse of resources.

**RECORDS REQUEST:**

CASA requests records created from July 1, 2023 to when the search is conducted of:

1. Communications to, from, or received by Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Jennifer Nersesian, Minka Sendich, and Daphne Yun containing the following phrases and/or words: "humanitarian crisis", "temporary shelter", "migrants", "Floyd Bennett Field", "Gateway National Recreation Area", "environmental assessment", "NEPA compliance", "tent-based structures", "24-hour law enforcement", "invasive species", "avoid wildlife", "leased areas", "impacts to wildlife", "nonnative plants", "special status species", "public campground improvements", and "outdoor education campus".

2. Records possessed or created by Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Jennifer Nersesian, Minka Sendich, and Daphne Yun including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to the planning, approval, and implementation of temporary migrant housing at Floyd Bennett Field.



3. Calendar entries from Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Jennifer Nersesian, Minka Sendich, and Daphne Yun related to the planning, approval, and implementation of temporary migrant housing at Floyd Bennett Field.

4. Communications regarding the planning, approval, and implementation of temporary migrant housing at Floyd Bennett Field by and between one or more of the following people: Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Jennifer Nersesian, Minka Sendich, and Daphne Yun and any of the following email domains:
   - Politico (@politico.com)
   - New York Times (@nytimes.com)
   - New York Post (@nypost.com)
   - Washington Post (@washingtonpost.com)
   - NBC News (@nbcnews.com)
   - ABC News (@abcnews.com)
   - LA Times (@latimes.com)
   - CBS News (@cbsnews.com)
   - Fox News (@foxnews.com)
   - Wall Street Journal (@wsj.com)
   - USA Today (@usatoday.com)
   - CNN (@cnn.com)
   - Associated Press (@ap.com)

5. Communications exchanged between one or more of the following people: Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Jennifer Nersesian, Minka Sendich, and Daphne Yun and anyone identified as an employee, agent, consultant, or representative of one of the following organizations:
   - New York City Government (@nyc.gov)
   - New York State government (@ny.gov)
   - U.S. Committee for Refugees and Immigrants (@refugees.org)
   - National Network for Immigrant and Refugee Rights ([@nnirr.org](@nnirr.org))
   - United We Dream (@unitedwedream.org)
   - Catholic Legal Immigration Network (@cliniclegal.org)
   - Voice of Refugees (@vorservices.org)
   - Lutheran Immigration and Refugee Service (@lirs.org)
   - New Sanctuary Coalition (@newsanctuarynyc.org)
   - New York Immigration Coalition (@thenyic.org)
   - New York Lawyers for the Public Interest (@nylpi.org)



"Records" means any item, collection, or grouping of information. For purposes of this request, this includes any personal email messages, telephone voice mails or text messages, and internet 'chat' or social media messages, as well as any attachments to such documents or information.

We prefer to receive the report and all records in electronic format. To the extent practicable, we seek electronic copies of the records in native file format, or, if that is not practicable, with full metadata for all fields. 5 U.S.C. § 552(a)(3)(B) (agency shall provide records in any form or format if the record is readily reproducible in that form or format).

The Center to Advance Security in America (CASA) is a nonpartisan organization dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

CASA is focused on public education, and all materials and information requested will be disseminated to the public for this purpose. Thus, the disclosure of the requested records would not be to our primary benefit but would be to the primary benefit of the general public. Further, these records focus on an issue of widespread public interest: communications between National Park Service leadership regarding the use of American taxpayer funded National Park Service property to house migrants. For these reasons, we request a fee waiver pursuant to the FOIA Act, which provides for fee waivers when: (1) "disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government"; and (2) disclosure "is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii); *see also* see 40 C.F.R. § 2.107(l)(1).

Moreover, CASA is a representative of the news media for purposes of FOIA. *See* 5 U.S.C. § 552(a)(4)(A)(ii); *see also Cause of Action v. Federal Trade Commission*, 799 F.3d 1108, 1120 (D.C. Cir. 2015). To wit, CASA is an entity that gathers information, including through FOIA requests such as this one, that is of interest to at least a segment of the population. For example, CASA has launched investigations into the Department of Homeland Security's reference to "false or misleading narratives," which is of interest to Americans concerned about civil liberties, and the meaning of a "diplomatic boycott" of the 2022 Olympic Games, which is of interest to people concerned about human rights and America's relationship with China. *See* CASA Press Releases, https://advancing-america.org/category/press-releases/.

CASA also takes the information it gathers and uses its editorial skills to turn it into distinct works, which are then distributed to an audience. For example, CASA has already produced several op-eds, *see* CASA Op-eds, https://advancing-america.org/category/op-eds/, and has provided editorial commentary that has been cited in multiple media reports. *See* CASA Media, https://advancing-america.org/category/media/. Going forward, CASA intends to continue to gather information, use its editorial skill to turn that information into distinct works, including, but not limited to, press releases, editorial comments to other publications, op-eds and other



written works, and social media engagement. *See Cause of Action*, 799 F.3d at 1122 ("A substantive press release or editorial comment can be a distinct work based on the underlying material, just as a newspaper article about the same documents would be — and its composition can involve 'a significant degree of editorial discretion.'") (quoting *Nat. Sec. Archive v. U.S. Dept. of Defense*, 880 F.2d 1381, 1387 (D.C. Cir. 1989)). At minimum, CASA will post distinct works on its website and email them to email list subscribers. CASA will also work with an ever-growing list of journalists to reach its audience. For these reasons, at minimum CASA qualifies for a waiver from search and production costs as a representative of the news media.

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions, and provide an explanation of why the National Park Service "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8). Please also ensure that all segregable portions of otherwise exempt material are released.

If you have any questions regarding this request, please feel free to contact me at [james@advancing-america.org](mailto:james@advancing-america.org).

CASA looks forward to your determination within 20 working days of this request, as is required by FOIA. 5 U.S.C. § 552(a)(6)(A)(i). Thank you in advance for your assistance in this matter.


Sincerely,

James Fitzpatrick
Director
Center to Advance Security in America
1802 Vernon Street NW
PMB2095
Washington, DC 20009
United States