

# United States Department of the Interior
NATIONAL PARK SERVICE
1849 C Street, N.W.
Room 2270
Washington, DC 20240

September 9, 2025

IN REPLY REFER TO:
DOI-NPS-2024-001243

Sent via email to: james@advancing-america.org

Mr. James Fitzpatrick
Center to Advance Security in America
1802 Vernon Street, NW, PMB 2095
Washington, DC 20009

Dear Mr. Fitzpatrick:

The National Park Service (NPS) Freedom of Information Act (FOIA) office received your FOIA request, dated July 7, 2024, on July 8, 2024, and assigned it control number DOI-NPS-2024-001243. Please cite this number in any future communications with our office regarding your request:

1. *Communications to, from, or received by Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Lauren Imgrund, and Jennifer Flynn containing the following phrases and/or words: "humanitarian crisis", "temporary shelter", "migrants", "Floyd Bennett Field", "Gateway National Recreation Area", "environmental assessment", "NEPA compliance", "tent-based structures", "24-hour law enforcement", "invasive species", "avoid wildlife", "leased areas", "impacts to wildlife", "nonnative plants", "special status species", "public campground improvements", and "outdoor education campus".*

2. *Records possessed or created by Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Lauren Imgrund, and Jennifer Flynn including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to the planning, approval, and implementation of temporary migrant housing at Floyd Bennett Field.*

3. *Calendar entries from Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Lauren Imgrund, and Jennifer Flynn related to the planning, approval, and implementation of temporary migrant housing at Floyd Bennett Field.*

4. *Communications regarding the planning, approval, and implementation of temporary migrant housing at Floyd Bennett Field by and between one or more of the following people: Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny*

*Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Lauren Imgrund, and Jennifer Flynn and any of the following email domains:*

- *Politico (@politico.com)*
- *New York Times (@nytimes.com)*
- *New York Post (@nypost.com)*
- *Washington Post (@washingtonpost.com)*
- *NBC News (@nbcnews.com)*
- *ABC News (@abcnews.com)*
- *LA Times (@latimes.com)*
- *CBS News (@cbsnews.com)*
- *Fox News (@foxnews.com)*
- *Wall Street Journal (@wsj.com)*
- *USA Today (@usatoday.com)*
- *CNN (@cnn.com)*
- *Associated Press (@ap.com)*

5. *Communications exchanged between one or more of the following people: Charles F. "Chuck" Sams III, Frank Lands, Lena McDowall, Malcom McGeary, Susan Farinelli, Jenny Anzelmo-Sarles, Matthew Montaño, Jim Wilson, Dana Trytten, Mike Caldwell, Lauren Imgrund, and Jennifer Flynn and anyone identified as an employee, agent, consultant, or representative of one of the following organizations:*

- *New York City Government (@nyc.gov)*
- *New York State government (@ny.gov)*
- *U.S. Committee for Refugees and Immigrants (@refugees.org)*
- *National Network for Immigrant and Refugee Rights (@nnirr.org)*
- *United We Dream (@unitedwedream.org)*
- *Catholic Legal Immigration Network (@cliniclegal.org)*
- *Voice of Refugees (@vorservices.org)*
- *Lutheran Immigration and Refugee Service (@lirs.org)*
- *New Sanctuary Coalition (@newsanctuarynyc.org)*
- *New York Immigration Coalition (@thenyic.org)*
- *New York Lawyers for the Public Interest (@nylpi.org)*

**Acknowledgment—Representative of the News Media—**43 C.F.R. §§ 2.38, .39

We have classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

**Multitrack Processing—**43 C.F.R. §§ 2.14, .15

We use Multitrack Processing to process FOIA requests.  The Simple track is for requests that would generally take one to five workdays to process.  The Normal track is for requests that would generally take six to twenty workdays to process.  The Complex track is for requests that would generally take twenty-one to sixty workdays to process.  The Extraordinary track is for requests that would generally take more than sixty workdays to process.  The Expedited track is for requests that have been granted expedited processing, which are processed as soon as practicable.  Within each track, requests are usually processed on a first-in, first-out basis.

Your request falls into the "Complex" processing track. There are 46 requests pending ahead of yours in this processing track.

You may narrow the scope of your request to obtain quicker processing in your currently-assigned track or move the request into a different track (which may have the effect of having it processed more quickly). If you have any questions about this, please contact us.

### Search Terms

For Part 1. of the request, would you be amenable to structuring the search as follows:

> Communications sent or received by the named custodians containing at least one of the following keywords or phrases:
>
> ("humanitarian crisis" or "temporary shelter" or "migrants" or "environmental assessment" or "NEPA compliance" or "tent-based structures" or "24-hour law enforcement" or "invasive species" or "avoid wildlife" or "leased areas" or "impacts to wildlife" or "nonnative plants" or "special status species" or "public campground improvements" or "outdoor education campus")
>
> along with at least one of the following terms:
>
> ("Floyd Bennett" or "FBF" or "Gateway National Recreation Area" or "GATE")?

This should help focus the search on the most relevant records while minimizing the inclusion of records that do not concern Floyd Bennett Field.

For Parts 2. and 3. of the request, are you amenable to using the above terms to identify responsive records or calendar entries?

For Parts 4. and 5. of the request, are you amenable to using the above terms in conjunction with the provided domains to identify responsive communications?

If you have any questions about our response to your request, you may contact Leslie O'Steen at NPSFOIA@nps.gov.

Sincerely,

**NICHOLAS BANCO**

Digitally signed by NICHOLAS BANCO
Date: 2025.09.09 17:27:09 -04'00'

Nicholas Banco
FOIA Officer
National Park Service