## RE: [EXTERNAL] Re: Your FOIA Request DOI-NPS-2024-001243

| | | |
|---|---|---|
| **From** | FOIA, NPS <npsfoia@nps.gov> | |
| **To** | james@advancing-america.org <james@advancing-america.org>, FOIA, NPS <npsfoia@nps.gov> | |
| **Cc** | Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>, Banco, Nicholas A <nicholas_banco@nps.gov> | |
| **Date** | 2025-12-15 21:31 | |

Hello James,

Ok, we'll exclude them, thank you for the response!

Best,

Leslie

---

**From:** james@advancing-america.org <james@advancing-america.org>
**Sent:** Monday, December 15, 2025 4:17 PM
**To:** FOIA, NPS <npsfoia@nps.gov>
**Cc:** Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** [EXTERNAL] Re: Your FOIA Request DOI-NPS-2024-001243

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Leslie,

You may exclude them, thank you!

V/r,

James Fitzpatrick

Director

Center to Advance Security in America

On 2025-12-15 16:05, FOIA, NPS wrote:

Good morning, Mr. Fitzpatrick,

Quick question – a lot of emails that came up in the search are news clips. Either news clips received directly from a distributor such as City & State NY or "NPS News Media," or news clips forwarded to a group of people, either with no additional text, or with minimal text (e.g., "Please see attached GATE [Gateway National Recreation Area] news clips for [date])." Would you like us to exclude these news clip emails in order to streamline processing, or keep them?

Thank you,
Leslie

---

**From:** FOIA, NPS <npsfoia@nps.gov>
**Sent:** Friday, December 5, 2025 2:55 PM
**To:** james@advancing-america.org; FOIA, NPS <npsfoia@nps.gov>
**Cc:** Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** RE: [EXTERNAL] Re: Your FOIA Request DOI-NPS-2024-001243

Ok, thank you for confirming. We'll proceed with the search.
Leslie

---

**From:** james@advancing-america.org <james@advancing-america.org>
**Sent:** Friday, December 5, 2025 1:38 PM
**To:** FOIA, NPS <npsfoia@nps.gov>
**Cc:** Osteen, Leslie F <leslie_osteen@nps.gov>; Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** [EXTERNAL] Re: Your FOIA Request DOI-NPS-2024-001243

| This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding. |
|---|

Ms. O'Steen,

Yes please.

Thank you,

V/r,

James Fitzpatrick

Director

Center to Advance Security in America

On 2025-12-05 18:13, FOIA, NPS wrote:

Good afternoon again, Mr. Fitzpatrick,

Would you like us to run the search for part 1. of your request again using the modified search terms from my 11/20 email below?

Thanks,

Leslie

**From:** Osteen, Leslie F <leslie_osteen@nps.gov>
**Sent:** Thursday, November 20, 2025 3:08 PM
**To:** james@advancing-america.org
**Cc:** FOIA, NPS <npsfoia@nps.gov>; Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** RE: Your FOIA Request DOI-NPS-2024-001243

Hello, Mr. Fitzpatrick,

I apologize for the very delayed response to your email. I was furloughed during the government shutdown.

My suggestion for narrowing part 1. of your request is to add an "and" – something like the following:

Communications sent or received by the named custodians containing at least one of the
following keywords or phrases:
("humanitarian crisis" or "temporary shelter" or "migrants" or "environmental
assessment" or "NEPA compliance" or "tent-based structures" or "24-hour law
enforcement" or "invasive species" or "avoid wildlife" or "leased areas" or "impacts to
wildlife" or "nonnative plants" or "special status species" or "public campground
improvements" or "outdoor education campus")

AND at least one of the following terms:

("Floyd Bennett" or "FBF" or "Gateway National Recreation Area" or "GATE")

Please let me know your thoughts, or if you have any different ideas for how we could narrow the request.

Thanks,

Leslie

**From:** james@advancing-america.org <james@advancing-america.org>
**Sent:** Monday, October 6, 2025 2:43 PM
**To:** Osteen, Leslie F <leslie_osteen@nps.gov>
**Cc:** FOIA, NPS <npsfoia@nps.gov>; Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** [EXTERNAL] Re: FW: Your FOIA Request DOI-NPS-2024-001243

> This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Sure, we are open to narrowing

Thank you,

V/r,

James Fitzpatrick

Director

Center to Advance Security in America

On 2025-09-26 17:34, Osteen, Leslie F wrote:

Good afternoon, Mr. Fitzpatrick,

Just following up on my email below.

Thank you,

Leslie

**From:** FOIA, NPS
**Sent:** Thursday, September 18, 2025 9:29 AM
**To:** james@advancing-america.org
**Cc:** Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>; FOIA, NPS <npsfoia@nps.gov>
**Subject:** RE: [EXTERNAL] Re: FW: Your FOIA Request DOI-NPS-2024-001243

Good morning, Mr. Fitzpatrick,

The analyst who conducts the records searches has flagged for us that Part 1 of your request alone returned over 9,500 items (including both emails and calendar entries). While this number will decrease somewhat after deduplication, it still represents a substantial volume of material.

Would you like to discuss ways to modify or narrow the search terms for this portion of your request? When a search can be narrowed to target the records a requester is most interested in, it often helps speed up processing.

Please let me know your preference.

Regards,

Leslie

Ms. Leslie O'Steen
Government Information Specialist
FOIA | National Park Service General

**From:** Osteen, Leslie F <leslie_osteen@nps.gov>
**Sent:** Tuesday, September 16, 2025 3:03 PM
**To:** james@advancing-america.org; FOIA, NPS <npsfoia@nps.gov>
**Cc:** Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** RE: [EXTERNAL] Re: FW: Your FOIA Request DOI-NPS-2024-001243

Will do, thank you.

Leslie

**From:** james@advancing-america.org <james@advancing-america.org>
**Sent:** Tuesday, September 16, 2025 1:48 PM
**To:** FOIA, NPS <npsfoia@nps.gov>
**Cc:** Osteen, Leslie F <leslie_osteen@nps.gov>; Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** Re: [EXTERNAL] Re: FW: Your FOIA Request DOI-NPS-2024-001243

Ms. O'Steen,

Yes please. Appreciated.

Thank you,

V/r,

James Fitzpatrick

Director

Center to Advance Security in America

On 2025-09-16 14:20, FOIA, NPS wrote:

Good morning, Mr. Fitzpatrick,

Thank you for the reply. Copy all. I noticed this morning that the name of one custodian, Malcom McGeary, seems to be missing an "l". Are you ok with me adding an "l" to Malcom so the name reads "Malcolm McGeary" for the searches?

Thanks,
Leslie

**From:** james@advancing-america.org <james@advancing-america.org>
**Sent:** Monday, September 15, 2025 3:32 PM
**To:** Osteen, Leslie F <leslie_osteen@nps.gov>
**Cc:** Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>; FOIA, NPS <npsfoia@nps.gov>
**Subject:** [EXTERNAL] Re: FW: Your FOIA Request DOI-NPS-2024-001243

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Ms. O'Steen,

Thank you for the email. Below are my responses:

For Part 1. of the request, would you be amenable to structuring the search as follows:
Communications sent or received by the named custodians containing at least one of the
following keywords or phrases:
("humanitarian crisis" or "temporary shelter" or "migrants" or "environmental
assessment" or "NEPA compliance" or "tent-based structures" or "24-hour law
enforcement" or "invasive species" or "avoid wildlife" or "leased areas" or "impacts to
wildlife" or "nonnative plants" or "special status species" or "public campground
improvements" or "outdoor education campus")
along with at least one of the following terms:
("Floyd Bennett" or "FBF" or "Gateway National Recreation Area" or "GATE")?

**Answer:** No, I would like the terms to be searched regardless of them appearing with a reference to Floyd Bennett Field or the other terms you proposed.

For Parts 2. and 3. of the request, are you amenable to using the above terms to identify
responsive records or calendar entries?

**Answer:** Yes

For Parts 4. and 5. of the request, are you amenable to using the above terms in conjunction with
the provided domains to identify responsive communications?

**Answer:** Yes

Please let me know if you have any additional questions regarding this request.

Thank you,

V/r,

James Fitpatrick

Director

Center to Advance Security in America

On 2025-09-15 19:15, Osteen, Leslie F wrote:

Good afternoon, Mr. Fitzpatrick,

I am resending our acknowledgement letter for your FOIA request number DOI-NPS-2024-001243. Please review the letter and let us know whether you concur with the proposed search terms and structure. If we haven't heard from you by October 7 (20 workdays from the date of the letter), we plan to proceed with the search using the terms and structure proposed in the letter.

Thank you, and please don't hesitate to reach out if you have any questions.

Regards,

Leslie

Ms. Leslie O'Steen
Government Information Specialist
FOIA | National Park Service General

---

**From:** FOIA, NPS <npsfoia@nps.gov>
**Sent:** Tuesday, September 9, 2025 5:34 PM
**To:** james@advancing-america.org
**Cc:** FOIA, NPS <npsfoia@nps.gov>; Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>; Banco, Nicholas A <nicholas_banco@nps.gov>
**Subject:** Your FOIA Request DOI-NPS-2024-001243

Dear Mr. Fitzpatrick,

Please find attached a letter regarding your FOIA request number DOI-NPS-2024-001243.

Regards,

Leslie

Ms. Leslie O'Steen
Government Information Specialist
FOIA | National Park Service General